UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHP INSURANCE SERVICE, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GREENWICH INSURANCE COMPANY,<br><br>Defendant. | Case No. 15-cv-00435-BLF<br><br>**ORDER SETTING SCHEDULING CONFERENCE**<br><br>[Re: ECF 19] |

The Court is in receipt of the parties' March 13, 2015 Stipulation, ECF 19, and finds good cause to hold a brief conference with the parties concerning the scheduling of the requested early motions for summary judgment and the continuance of the Initial Case Management Conference and associated Rule 26 obligations. Accordingly, the parties shall appear for a scheduling conference on **Thursday, March 26, 2015 at 1:30 p.m.** in Courtroom 3, 5th Floor, San Jose. All parties are authorized to appear by CourtCall, and no further statement is required.

**IT IS SO ORDERED.**

Dated: March 17, 2015

_____
BETH LABSON FREEMAN
United States District Judge