HANSON BRIDGETT LLP
ALEXANDER J. BERLINE, SBN 158098
aberline@hansonbridgett.com
MILES C. HOLDEN, SBN 263342
mholden@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California  94105
Telephone:    (415) 777-3200
Facsimile:     (415) 541-9366

Attorneys for Plaintiffs
PHP INSURANCE SERVICE, INC.; PHP GROUP, INC.; and TRUNG TRAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PHP INSURANCE SERVICE, INC.; PHP GROUP, INC.; and TRUNG TRAN,<br><br>Plaintiffs,<br><br>v.<br><br>GREENWICH INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 5:15-cv-00435-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br><br>Hon. Beth Labson Freeman |

11388711.1

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES AND CONTINUING CASE MANAGEMENT CONFERENCE**

TO THE COURT, ALL PARTIES, AND ALL PARTIES' ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Plaintiffs PHP INSURANCE SERVICE, INC.; PHP GROUP, INC.; and TRUNG TRAN (collectively, "Plaintiffs") and Defendant GREENWICH INSURANCE COMPANY ("Defendant"), by and through counsel and pursuant to Federal Rule of Civil Procedure 6 and Local Rule 6, hereby stipulate to and request an Order for extensions of time for Plaintiffs and Defendant (collectively, "Parties") to:

1. Submit a discovery plan, initial disclosures, and case management statement(s) ("Discovery & CMS Deadlines"), which deadline is currently set for July 16, 2015; and
2. Submit ADR certifications and a stipulation to ADR process or Notice of Need for ADR Phone Conference ("ADR Deadlines"),

as set forth below. The Parties also hereby stipulate to and request an Order for a continuance of the Initial Case Management Conference ("CMC"), currently set for July 23, 2015 at 1:30 p.m., as set forth below:

WHEREAS, Plaintiffs filed the Complaint on January 30, 2015;

WHEREAS, the Parties on February 19, 2015 stipulated for an extension of time for Defendant to file its response to the Complaint;

WHEREAS, Defendant filed its Answer on March 6, 2015;

WHEREAS, the Parties on March 13, 2015 stipulated to a briefing schedule for their respective summary judgment/partial summary judgment motions (collectively, "Motions") and a continuance of the CMC, and the Court issued an order approving the briefing schedule and continuing the CMC on April 2, 2015;

WHEREAS, the Parties now agree and stipulate to extend the Discovery & CMS Deadlines and the ADR Deadlines to 45 days after the Court issues its rulings on the Motions ("Rulings"), and to continue the CMC to 60 days after the issuance of the Rulings;

WHEREAS, there is good cause for this extension of time because the Parties are

1  attempting to preserve the resources of the Court and the Parties while they await the Rulings; and

2  WHEREAS, there have been previous extensions of time in this action of Defendant's
3  original deadline for responding to the Complaint and of the CMC, but it appears that no prejudice
4  will result from the requested extensions of time and continuance because such extensions and
5  continuance will not affect the overall schedule of the action;

6  NOW, THEREFORE, the Parties agree and stipulate to and request an Order for
7  extensions of time of the Discovery & CMS Deadlines and the ADR Deadlines up to and
8  including 45 days after the Court issues the Rulings;

9  FURTHER, the Parties agree and stipulate to and request an Order continuing the CMC to
10 60 days after the issuance of the Rulings.

11                                          Respectfully submitted,

12 DATED: July 10, 2015                     HANSON BRIDGETT LLP

14                                          By:      /s/ Alexander J. Berline
                                               ALEXANDER J. BERLINE
15                                             MILES C. HOLDEN
                                               Attorneys for Plaintiffs PHP INSURANCE
16                                             SERVICE, INC.; PHP GROUP, INC.; and
                                               TRUNG TRAN

18 DATED: July 10, 2015                     TROUTMAN SANDERS LLP

20                                          By:      /s/ Ryan C. Tuley
                                               RYAN C. TULEY
21                                             THOMAS H. PROUTY
                                               Attorneys for Defendant GREENWICH
22                                             INSURANCE COMPANY

23 PURSUANT TO STIPULATION, IT IS SO ORDERED.

25 DATED: July 10   , 2015                  _____
                                            HON. BETH LABSON FREEMAN
26                                          UNITED STATES DISTRICT COURT
                                            JUDGE

11388711.1

- 2 -                                       Case No. 5:15-cv-00435-BLF
STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES
AND CONTINUING CASE MANAGEMENT CONFERENCE