UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHP INSURANCE SERVICE, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GREENWICH INSURANCE COMPANY,<br><br>Defendant. | Case No. 15-cv-00435-BLF<br><br>**ORDER REGARDING EXHIBIT E TO JOINT STIPULATION**<br><br>[Re: ECF 25] |

On May 13, 2015, the parties submitted a Joint Stipulation to Facts for Purposes of the Parties' Respective Motions for Summary Judgment, ECF 25, which attached a number of exhibits. Exhibit E to the stipulation is identified as "A true and correct copy of the [State] Court's order granting final approval" of the settlement in the underlying action, which was entered on October 18, 2013. It is not clear that the document actually filed as Exhibit E matches that description. The parties are accordingly asked to advise the Court regarding this discrepancy.

**IT IS SO ORDERED.**

Dated: July 30, 2015

_____
BETH LABSON FREEMAN
United States District Judge