United States District Court
Northern District of California

1
2
3                     UNITED STATES DISTRICT COURT
4                    NORTHERN DISTRICT OF CALIFORNIA
5                            SAN JOSE DIVISION
6
7   PHP INSURANCE SERVICE, INC., et al.,
                                                Case No. 15-cv-00435-BLF
            Plaintiffs,
8                                               **CASE MANAGEMENT ORDER**
          v.
9
10  GREENWICH INSURANCE COMPANY,

            Defendant.
11
12
13      On 10/15/2015, the parties appeared before Judge Beth Labson Freeman for a Case
14  Management Conference.
15      IT IS HEREBY ORDERED that the following schedule shall apply in this case:
16

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | n/a |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | 07/01/2016 |
| Disclosure of Expert Reports | 09/01/2016 |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | 08/25/2016 at 9:00 AM |
| Final Pretrial Conference | 11/17/2016 at 1:30 PM |
| Trial | 12/12/2016 at 9:00 AM |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

Dated: 10/15/2015

_____
BETH LABSON FREEMAN
United States District Judge