1  RYAN C. TULEY (SBN 198249)
   ryan.tuley@troutmansanders.com
2  THOMAS H. PROUTY (SBN 238950)
   thomas.prouty @troutmansanders.com
3  TROUTMAN SANDERS LLP
   5 Park Plaza, Suite 1400
4  Irvine, CA  92614-2545
   Telephone:     949.622.2700
5  Facsimile:     949.622.2739

6  Attorneys for Defendant
   GREENWICH INSURANCE COMPANY
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12 | PHP INSURANCE SERVICE, INC.; PHP | Case No.  5:15-cv-00435-BLF
   | GROUP, INC.; and TRUNG TRAN,     |
13 |                                   | Hon. Beth Labson Freeman
   | Plaintiffs,                       |
14 |                                   | [PROPOSED] JUDGMENT
   |     v.                            |
15 |                                   |
   | GREENWICH INSURANCE COMPANY,      |
16 |                                   |
   | Defendant.                        |
17

27695252v1

JUDGMENT; CASE NO. 5:15-cv-00435-BLF

Plaintiffs PHP Insurance Service, Inc., PHP Group, Inc. and Trung Tran (collectively, "Plaintiffs") commenced this action by filing their operative Complaint on January 30, 2015. The Complaint alleged causes of action Defendant Greenwich Insurance Company ("Greenwich") for: (1) Declaratory Relief – Duty to Pay Defense Expenses; (2) Declaratory Relief – Duty to Indemnify; (3) Breach of Contract; (4) Breach of the Implied Covenant of Good Faith and Fair Dealing; and (5) Unfair Business Practices (Violation of California Bus. & Prof. Code § 17200 *et seq*.).

On August 12, 2015, the Court issued an order on the parties' cross-motions for summary judgment/partial summary judgment ("MSJ Order"), which determined that Greenwich breached its contractual duty to defend Plaintiffs under an insurance policy ("Policy") in connection with an underlying class action (the "Duty to Defend Ruling"), but that Greenwich had no duty under the Policy to indemnify Plaintiffs for their settlement of the underlying class action. (Dkt. 41.)

The Court has reviewed the parties' Stipulation Re: Entry of Judgment on Breach of Contractual Duty to Defend Claim and Dismissal of Remaining Claims ("Stipulation"). Based on the Court's MSJ Order and the Stipulation, the Court finds good cause to dismiss all of the Plaintiffs' claims in this action with prejudice – except for Plaintiffs' claim that Greenwich breached its contractual duty to defend under the Policy, which, by virtue of its Duty to Defend Ruling, the Court summarily adjudicated in Plaintiffs' favor – and to enter final judgment in Plaintiffs' favor and against Greenwich on that remaining claim, in the amount of $92,612.31.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that:

- All of Plaintiffs' claims in this action – except for their claim that Greenwich breached its contractual duty to defend under the Policy, which the Court summarily adjudicated in Plaintiffs' favor (the "Sole Remaining Claim") – are dismissed with prejudice pursuant to the parties' Stipulation and Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

- Plaintiffs are hereby granted judgment against Defendant Greenwich Insurance Company on the Sole Remaining Claim in the amount of $92,612.31.

IT IS SO ORDERED.

Dated: "F gego dgt"43."4237

*Beth Labson Freeman* (signature)
HON. BETH LABSON FREEMAN
United States District Court Judge

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

27695252v1

- 2 -

JUDGMENT; CASE NO. 5:15-CV-00435-BLF